IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC., et al., | § | |
| Plaintiffs, | § | |
| | § | Case No. 2:16-cv-00393-RWS |
| v. | § | LEAD CASE |
| | § | |
| AVG TECHNOLOGIES USA, INC., et al | § | |
| SQUARE ENIX, INC | § | Case No. 2:16-cv-00872-RWS |
| Defendants. | | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
**OF ALL CLAIMS BY UNILOC AGAINST SQUARE ENIX, INC.**

On this day, the Court considered Plaintiffs, Uniloc USA, Inc., and Uniloc Luxembourg S.A. ("Uniloc"), and Defendant, Square Enix, Inc.'s ("Square Enix") Stipulation of Dismissal Without Prejudice of All Claims by Uniloc Against Square Enix, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Docket No. 266).

Accordingly it i**s ORDERED** that:

1. All claims by Uniloc against Square Enix in Case No. 2:16-cv-00872-RWS are **DISMISSED WITHOUT PREJUDICE.**

2. Uniloc and Square Enix shall each bear its own attorney's fees, expenses, and costs.

3. All other relief requested between Uniloc and Square Enix in Case No. 2:16-cv-00872-RWS should be denied without prejudice, as moot.

The Clerk of the Court is directed to close the member case 2:16-cv-00872-RWS.

**SIGNED this 7th day of November, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE